IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**NESTOR VILLARDEFRANCOS, JR.,**

    **Plaintiff,**

**v.**                                                             **Case No. 1:22-cv-93-AW-HTC**

**OFFICER WILLIAM POWELL,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has filed a "Motion to Voluntary Dismiss." ECF No. 56. He seeks dismissal without prejudice, and Defendant has not responded in opposition. The magistrate judge recommends granting the motion and dismissing without prejudice. ECF No. 57. No party has objected to the report and recommendation.

I now adopt the report and recommendation and incorporate it into this order. Plaintiff's motion (ECF No. 56) is GRANTED. Defendant's motion to dismiss for failure to state a claim (ECF No. 54) is DENIED as moot. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on January 2, 2024.

                                                       s/ *Allen Winsor*
                                                       United States District Judge